FILED
NOV 0 6 2018

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-40135 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Possession of a Firearm with An Obliterated Serial Number |
| PRESTON EARL WILLIAMS, | |
| Defendant. | 18 U.S.C. § 922(k) |

The Grand Jury charges:

On or about June 14, 2018, in Sioux Falls, in the District of South Dakota, Preston Earl Williams, did knowingly possess a firearm, that is a High Point .40 caliber pistol, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, in violation of 18 U.S.C. § 922(k).

**FORFEITURE ALLEGATION**

1.  The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the offense in violation of 18 U.S.C. § 922(k) set forth in this Indictment, the Defendant, Preston Earl Williams, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offenses, including, but not limited to, an High Point .40 caliber pistol.

3.  If the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____